UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MIGDALIA MARTINEZ,

                Plaintiff,

-against-

ACHIM IMPORTING COMPANY, INC., and
MARTON GROSSMAN,

                Defendants.
-----------------------------------------------------------X

21-cv-3961 (ENV)(SJB)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS STIPULATED AND AGREED**, by and between the Parties in the above-captioned action, through their undersigned counsel, that this action is hereby dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, without costs or fees to either party;

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts with scanned PDF or facsimile signatures treated as originals.

Dated: Massapequa, New York
        February 22, 2022

Neil H. Greenberg & Associates, P.C.

_____
By: Keith E. Williams, Esq.
*Attorneys for the Plaintiff*
4242 Merrick Road
Massapequa, New York 11758
Tel: 516.228.5100
keith@nhglaw.com

Dated: Garden City, New York
        February 22, 2022

Goldberg Segalla LLP

_____
By: Scott R. Green, Esq.
*Attorneys for the Defendants*
200 Garden City Plaza, Suite 520
Garden City, New York 11530
Tel: 516-281-9800
sgreen@goldbergsegalla.com

SO, ORDERED:

_____
Hon. Eric N. Vitaliano, U.S.D.J.

**Application Granted**
**SO ORDERED**
Brooklyn, New York
Dated: 2/25/22

/s/ Eric N. Vitaliano
Eric N. Vitaliano
United States District Judge

**THE CLERK OF COURT IS DIRECTED TO CLOSE THIS CASE.**